UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KELLY DANIELLE WHITE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | No.: 3:11-CV-308 <br> (VARLAN/SHIRLEY) |

## ORDER

This Social Security appeal is before the Court on the Report and Recommendation entered by United States Magistrate Judge C. Clifford Shirley, on March 19, 2012 [Doc. 17]. There have been no timely objections to the Report and Recommendation and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In the Report and Recommendation, the magistrate judge recommends that plaintiff's motion for summary judgment [Doc. 10] be denied and that the Commissioner's motion for summary judgment [Doc. 15] be granted.

The Court has carefully reviewed this matter, including the underlying motions and the complaint. The Court is in agreement with the magistrate judge's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 17], and it is **ORDERED** that

Plaintiff's Motion for Summary Judgment [Doc. 10] is **DENIED** and that the Commissioner's Motion for Summary Judgment [Doc. 15] is **GRANTED**. The Commissioner's decision in this case denying plaintiff's application for disability, disability insurance benefits, and/or supplemental security income is **AFFIRMED**. This case is **DISMISSED**, and the Clerk of Court is **DIRECTED** to close this case.

    IT IS SO ORDERED.

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
      CLERK OF COURT